# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1807
Lower Tribunal No. CF21-003113-XX

_____

EDWARD BRIAN CHAPMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Donald G. Jacobsen, Judge.

April 9, 2024

PER CURIAM.

AFFIRMED.

WHITE and BROWNLEE, JJ., and LAMBERT, B.D., Associate Judge, concur.

Howard L. "Rex" Dimmig, II, Public Defender, and Megan Olson, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED